JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT

1/5/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___C Wynn___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN KAZYAK, | Case No. CV 14-3781 MWF (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF LOS ANGELES, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 5, 2015

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE